JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JESUS GUTIERREZ, | Case No. 2:22-06983 SVW (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| BRIAN BIRKHOLZ, et al., | |
| Respondents. | |

Pursuant to the Court's Order Dismissing Petitioner's Emergency Motion Seeking Immediate Release from the BOP and Termination of Sentence Under 28 U.S.C. § 2241, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed in its entirety without prejudice.

DATED: February 23, 2023

_____
THE HONORABLE STEPHEN V. WILSON
United States District Judge